**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-61333-EA**

**Halil Koymen,**
**Et al.,**

Plaintiffs,

v.

**United States Citizenship and Immigration Services,**
**Et al.,**

Defendants.
_______________________________________/

# ORDER CLOSING CASE

This cause comes before the Court on the plaintiffs' notice of voluntary dismissal with prejudice [ECF No. 9]. Therefore, it is **ORDERED AND ADJUDGED**:

1. The complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**.
2. This **CASE IS CLOSED**.
3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 27th day of July 2026.

Ed Artau
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Stephen Kyle Burt**
S.K. Burt Law, P.A.
PO BOX 541568
Orlando, FL 32854

4073082936
Email: stephen.burt@skburtlaw.com

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov